**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: PATRICIA R HUSBAND § Case No.: 04-42162
§
§
§
§
Debtor(s) §

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/12/2004.

2) This case was confirmed on 03/10/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/19/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2006, 05/07/2008, 08/07/2008, 11/04/2008, 11/04/2008, 09/02/2009.

5) The case was dismissed on 07/22/2010.

6) Number of months from filing to the last payment: 67

7) Number of months case was pending: 72

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
======================================================================
 Receipts:
        Total paid by or on behalf of the debtor     $   27,300.00
        Less amount refunded to debtor               $       10.12
 NET RECEIPTS                                        $   27,289.88
======================================================================


======================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan        $    1,044.00
        Court Costs                                  $         .00
        Trustee  Expenses and Compensation           $    1,623.70
        Other                                        $         .00

 TOTAL EXPENSES OF ADMINISTRATION                    $    2,667.70

 Attorney fees paid and disclosed by debtor          $    1,156.00
======================================================================


======================================================================
 Scheduled Creditors:

 Creditor                    Claim         Claim        Claim      Principal      Int.
   Name            Class    Scheduled     Asserted     Allowed        Paid        Paid

 MORTGAGE ELECTRONIC  SECURED        NA         .00          .00          .00        .00
 MORTGAGE ELECTRONIC  SECURED  10,000.00        .00     2,561.78     2,561.78        .00
 COUNTRYWIDE HOME LOA OTHER          NA          NA           NA          .00        .00
 COOK COUNTY TREASURE SECURED   3,000.00         NA           NA          .00        .00
 NUVELL CREDIT CO LLC SECURED  16,470.00        .00    17,000.00    17,000.00   3,245.65
 NUVELL CREDIT CO LLC UNSECURED 8,229.00        .00     8,633.24       524.98        .00
 ASSET/RNB/TARGET/RET OTHER          NA          NA           NA          .00        .00
 CAPITAL ONE BANK     UNSECURED   360.00         NA           NA          .00        .00
 CITICORP SAVINGS     OTHER          NA          NA           NA          .00        .00
 COLLECTION COMPANY O OTHER          NA          NA           NA          .00        .00
 DIRECT LOAN SERVICIN UNSECURED 19,753.00        NA           NA          .00        .00
 FINGERHUT            OTHER          NA          NA           NA          .00        .00
 HELLER & FRISONE     OTHER          NA          NA           NA          .00        .00
 MERCURY FINANCE      OTHER          NA          NA           NA          .00        .00
 NICOR GAS            UNSECURED   489.00        .00       467.10        19.00        .00
 PROFESSIONAL ACCOUNT OTHER          NA          NA           NA          .00        .00
 PROVIDIAN            OTHER          NA          NA           NA          .00        .00
 SUNRISE CREDIT SERVI UNSECURED   404.22         NA           NA          .00        .00
 US DEPT OF EDUCATION UNSECURED 19,753.00       .00    20,897.28     1,270.77        .00
 USA SERVICES         OTHER          NA          NA           NA          .00        .00
 WELLS FARGO FINANCIA OTHER          NA          NA           NA          .00        .00
 PROVIDIAN NATIONAL B OTHER          NA          NA           NA          .00        .00
 WFFINACCPT           OTHER          NA          NA           NA          .00        .00
======================================================================
```

UST Form 101-13-FR-S(9/01/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| MERCURY FINANCE | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,561.78 | 2,561.78 | .00 |
| Debt Secured by Vehicle | 17,000.00 | 17,000.00 | 3,245.65 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 19,561.78 | 19,561.78 | 3,245.65 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,997.62 | 1,814.75 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,667.70 |
| Disbursements to Creditors | $ | 24,622.18 |
| **TOTAL DISBURSEMENTS:** | $ | 27,289.88 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/28/2010                                        /s/ Tom Vaughn
                                                          Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**